1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14
15

GARY CASTERLOW-BEY,

             Plaintiff,

    v.

GOOGLE.COM, INC.,
AMAZON.COM, INC.,

             Defendants.

CASE NO. 3:17-cv-05686-RJB

ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS

16
17
18

    This matter comes before the Court on Plaintiff's Application for Leave to Proceed in Forma Pauperis ("IFP") (Dkt. 1) and Application for Court Appointed Counsel (Dkt. 1-2). The Court has considered the applications and the remainder of the record herein.

19
20
21
22

    On August 30, 2017, Plaintiff, a *pro se* prisoner, filed this case, moved for IFP, and provided a proposed complaint asserting that when the Defendants sold Plaintiff's books on their websites, they infringed on his copyright. Dkt. 1. Plaintiff seeks several million dollars in damages. *Id.* Plaintiff also filed an application for the Court to appoint him counsel. Dkt. 1-2.

23
24

    **IFP APPLICATION**. The district court may permit indigent litigants to proceed in

forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a).

However, the court has broad discretion in denying an application to proceed in forma pauperis.

*Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Plaintiff states that he is not employed, is totally disabled, and receives Social Security

Disability Income of $738.00/month. Dkt. 1. He reports he has expenses of $625. *Id.* Plaintiff

indicates that he has no assets or dependents. *Id.* He is incarcerated. *Id.* Plaintiff completed the

application and has made a sufficient showing of indigence. His IFP application (Dkt. 1) should

be granted.

**APPLICATION FOR COURT APPOINTED COUNSEL**. Under 28 U.S.C. §

1915(e)(1), the court may request an attorney to represent any person unable to afford counsel.

Under Section 1915, the court may appoint counsel only in exceptional circumstances. *Franklin

v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). To find exceptional circumstances, the court

must evaluate the likelihood of success on the merits and the ability of the petitioner to articulate

the claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718

F.2d 952, 954 (9th Cir. 1983).

The Plaintiff's motion for appointment of counsel (Dkt. 1-2) should be denied. The

Plaintiff has not yet shown that the claims have merit or shown a likelihood of success on the

merits. Further, he appears to be able to articulate his claims adequately in light of the legal

issues involved. The Plaintiff made the decision to file this case while he was in custody. While

it will be more difficult to process, the circumstances of this case do not make appointment of

counsel necessary or just, nor does the case present exceptional circumstances. The motion for

appointment of counsel (Dkt. 1-2) should be denied.

**SERVICE OF THE COMPLAINT**. Under Fed. R. Civ. P. 4 (c)(3), where a party has

1 been granted IFP status under § 1915, the court must order that service of the complaint be made

2 "by a United States Marshal, deputy marshal or by a person specially appointed by the court."

3 Plaintiff has not submitted a proper summons form with the Defendants' addresses. Plaintiff's

4 handwritten form is incomplete. The Clerk of the Court should be directed to send Plaintiff

5 summons forms. If Plaintiff wishes court assistance in serving the complaint, he should fill out

6 the summons forms (including the Defendants' addresses) and return them to the Court no later

7 than 30 days from the date of this Order.

## ORDER

9 • Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. 1) **IS**

10 **GRANTED**;

11 • Plaintiff's Application for Court Appointed Counsel (Dkt. 1-2) **IS DENIED**; and

12 • If Plaintiff wishes assistance with service of the complaint, Plaintiff should fill out

13 the summons forms (including the Defendants' addresses) and return them to the

14 Court no later than 30 days from the date of this Order.

15 The Clerk is directed to send Plaintiff summons forms and uncertified copies of this

16 Order to all counsel of record and to any party appearing *pro se* at said party's last known

17 address.

18 Dated this 6th day of September, 2017.

20 *Robert J Bryan*

21 ROBERT J. BRYAN
United States District Judge