# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY, | CASE NO. 17-5686 RJB |
| Plaintiff, | ORDER DIRECTING SERVICE OF COMPLAINT |
| v. | |
| GOOGLE.COM, INC.; and AMAZON.COM, INC., | |
| Defendants. | |

This is a case brought by Plaintiff, *pro se*, who is proceeding *in forma pauperis*. The Court hereby orders:

**(1) Service by Clerk**

The Clerk is directed to send the following to Defendants by U.S. mail at the addresses provided in the summons filled out by Plaintiff (Dkts. 5 and 5-1): copies of Plaintiff's Complaint (Dkt. 4), this Order, the notice of lawsuit and request for waiver of service of summons, and a waiver of service of summons.

ORDER DIRECTING SERVICE OF COMPLAINT - 1

**(2) Response Required**

The Defendants shall have thirty (30) days within which to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver shall have sixty (60) days after the date designated on the notice of lawsuit to file and serve an answer to the Complaint or a motion permitted under Fed. R. Civ. P. 12.

A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4 (d)(2) of the Federal Rules of Civil Procedure. A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within thirty (30) days after service.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of September, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge