The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

        Plaintiff,

 v.

GOOGLE.COM, INC., and AMAZON.COM,
INC.

        Defendants.

No. 3:17-cv-05686 RJB

RULE 7.1 CORPORATE DISCLOSURE
STATEMENT OF AMAZON.COM, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 7.1, Amazon.com, Inc. states the following:

Amazon.com, Inc. is a publicly held company. No parent corporation or publicly held corporation owns 10% or more of Amazon.com, Inc.'s stock.

DATED this 21st day of December, 2017.

s/Rylan L.S. Weythman
Rylan L.S. Weythman, WSBA #45352
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: rylan.weythman@foster.com
Attorneys for Defendant Amazon.com, Inc.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
AMAZON.COM, INC. - 1
Case No. 3:17-cv-05686 RJB

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

52911695.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure as follows:

| Gary Ellis Casterlow-Bey | ☒ | Via U.S. Mail |
|---|---|---|
| #2017143013 | ☐ | Via Certified Mail |
| 910 Tacoma Ave S. | ☐ | Via Messenger |
| Tacoma, WA 98402 | ☐ | Via Email |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 21st day of December, 2017, at Seattle, Washington.

_s/ Rylan L.S. Weythman_
Rylan L.S. Weythman

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
AMAZON.COM, INC. - 2
Case No. 3:17-cv-05686 RJB

52911695.1